AO 450 (GAS Rev 06/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ZACH GORDON, III,

    Petitioner,

V.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 121-182 (Formerly CR 119-018)

☐

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 18, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the petition filed pursuant to 28 U.S.C. § 2255 is dismissed as untimely. The Court denies a Certificate of Appealability in this case. Petitioner is not entitled to appeal in forma pauperis, and this civil action stands closed.

January 18, 2022
Date



John E. Triplett, Clerk of Court
Clerk

*Candy Askell*
(By) Deputy Clerk

GAS Rev 10/2020